**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

PARDY & RODRIGUEZ, P.A.,        CASE NO: 8:21-cv-01086-VMC-AAS

    Plaintiff / Cross-Defendant,

vs.

ALLSTATE INSURANCE COMPANY,

    Defendant / Third-Party Plaintiff,

vs.

DENNIS HERNANDEZ & ASSOCIATES, P.A.,

    Third-Party Defendant / Cross-Complainant.
_____/

**JOINT NOTICE OF SETTLEMENT AND STIPULATION
OF DISMISSAL WITH PREJUDICE**

    Plaintiff/Cross-Defendant, PARDY & RODRIGUEZ, P.A., Defendant/Third-Party Plaintiff, ALLSTATE INSURANCE COMPANY, and Third-Party Defendant / Cross-Complainant, DENNIS HERNANDEZ & ASSOCIATES, P.A. (hereinafter collectively, the "Parties"), by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41, hereby notify the Court that the Parties have agreed to a settlement of this action in its entirety, and hereby file a Joint Stipulation of Dismissal with Prejudice of this action as follows:

1. The Parties have entered into a settlement agreement to resolve the above-referenced action in its entirety; and

2. The Parties hereby stipulate that this action should be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Respectfully submitted this 30th day of November, 2021.

| /s/ Jeffrey Vizcaino | /s/ Jeremy M. Walker | /s/ Luis G. Figueroa |
|---|---|---|
| JEFFREY VIZCAINO | JEREMY M. WALKER | LUIS G. FIGUEROA |
| Fla. Bar. No. 1002658 | Fla. Bar. No. 0324670 | Fla. Bar. No. 294268 |
| *Counsel for Plaintiff, Pardy & Rodriguez, P.A.* | *Counsel for Defendant, Allstate Ins. Co.* | *Counsel for Third-Pardy Defendant, Dennis Hernandez & Assocs, P.A.* |
| 315 Park Lake Cir | 2935 1st Ave N, 2nd Fl | 3339 W Kennedy Blvd |
| Orlando, FL 32803 | St. Petersburg, FL 33713 | Tampa, FL 33609 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing with the Clerk of the Court by using the ECF system, which will send a notice of electronic filing to the following: Counsel for Defendant, ALLSTATE INSURANCE COMPANY, and counsel for Cross-Complainant, DENNIS HERNANDEZ & ASSOCIATES, P.A.

/s/ Jeffrey Vizcaino
JEFFREY VIZCAINO
Florida Bar Number: 1002658
EDUARDO RODRIGUEZ
Florida Bar Number: 0165654
PARDY & RODRIGUEZ, P.A.
Post Office Box 3747
Orlando, Florida 32802-3747
Tel.: 407-481-0066 / Fax: 407-481-7939
Jvizcaino@pardyrodriguezlaw.com
Erodriguez@pardyrodriguezlaw.com
*Attorneys for Plaintiff*